**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1855**

_____

SAMANTHA ELABANJO,

Plaintiff - Appellant,

v.

B. W. GRIFFITH; LAWRENCE CAPPS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:24-cv-00155-FL)

_____

Submitted:  January 23, 2025                    Decided:  January 27, 2025

_____

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Samantha Elabanjo, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samantha Elabanjo appeals the district court's order dismissing her civil suit under 28 U.S.C. § 1915(e).  The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B).  The magistrate judge recommended dismissing the case for failure to state a claim.  Elabanjo filed timely and specific objections to the recommendation.  The district court conducted a de novo review of Elabanjo's objections.

On appeal, Elabanjo asserts that the district court erred in finding that her claims lacked a basis in the law and erred by applying the clearly erroneous standard of review.  Despite Elabanjo's assertion, the court explicitly stated that it conducted a de novo review of each of Elabanjo's specific objections to the magistrate judge's report and addressed each objection in its order.  We conclude that the district court applied the appropriate standard of review and correctly determined that Elabanjo failed to state a claim, and that her claims that she is immune from state or federal law and that her right to travel is infringed upon by traffic laws are frivolous.  We have reviewed the entire record and find no reversible error.  Accordingly, we affirm the district court's order.  *Elabanjo v. Griffith*, No. 5:24-cv-00155-FL (E.D.N.C. August 5, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2